大成 DENTONS

**Karla Del Pozo Garcia**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 14, 2021

**The request is granted.  This case is stayed until January 28, 2022, and all conferences and briefing schedules are adjourned until that date.  The parties shall file dismissal papers or, in the alternative, a status letter by January 28, 2022.**

**VIA ECF**

**SO ORDERED. Date:**
**December 15, 2021**
    **New York, New York**

JOHN P. CRONAN
United States District Judge

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:      *Sosa v. Powers Collectibles LLC; Case No. 1:21-cv-04388-JPC*

Dear Judge Cronan:

We represent defendant Powers Collectibles LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 14, 2021 to January 28, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:      All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms