UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

POWERS COLLECTIBLES, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-4388

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), YONY SOSA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, POWERS COLLECTIBLES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 11, 2022

                                            **GOTTLIEB & ASSOCIATES**

                                            */s/Michael A. LaBollita, Esq.*

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

The stay is lifted and the Clerk of Court is respectfully directed to close this case.

SO ORDERED:

_____
United States District Court Judge

Date: January 12, 2022
New York, New York